**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 29 WAL 2024
                                :
                 Respondent     :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
        v.                      :
                                :
                                :
DARON CLARK,                    :
                                :
                 Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.